**Order entered April 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01245-CV

## ESTATE OF DORA JOSEPHINE MELTON, DECEASED

**On Appeal from the Probate Court No 1**
**Tarrant County, Texas**
**Trial Court Cause No. 2017-PR01689-1**

## ORDER

On the Court's own motion, we **ORDER** the amended brief received on March 13, 2019

filed as of the date of this order.  Appellees' brief is due within **THIRTY DAYS**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE